UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------- x

YENSY CONTRERAS, Individually, and On
Behalf of All Others Similarly Situated,

                            Plaintiff,

        vs.

SMOKY MOUNTAIN SPORTSERVICE,
INC.,

                          Defendant.

---------------------------------------------------------------- x

Case No. 1:21-cv-09446-JMF

**STIPULATION OF DISMISSAL**

       **IT IS HEREBY STIPULATED AND AGREED** that the action shall be, and is hereby,

dismissed with prejudice and without costs, or disbursements, or attorneys' fees to any party,

pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

DATED:  June 13, 2022                 **MIZRAHI KROUB LLP**

EDWARD Y. KROUB
JARRETT S. CHARO
WILLIAM J. DOWNES
200 Vesey Street, 24th Floor
New York, NY  10281
Telephone:  212/595-6200
212/595-9700 (fax)
ekroub@mizrahikroub.com
jcharo@mizrahikroub.com
wdownes@mizrahikroub.com

*Attorneys for Plaintiff*

**SEYFARTH SHAW LLP**

DATED:  June 13, 2022

_____

John William Egan
620 Eighth Avenue
New York, NY 10018-1405
(212)-218-5500
Fax: (212) 218-5526
Email: JEgan@seyfarth.com

*Attorney for Defendant*

SO ORDERED.

June 22, 2022